UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| In re: | § | Case No. 17-13654 |
|---|---|---|
| | § | |
| KINGS RIVER DOOR, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

James E. Salven, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $1,007.59 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $3,214.45 | | |

3) Total gross receipts of $4,222.04 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $4,222.04 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,214.45 | $3,214.45 | $3,214.45 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $27,898.00 | $19,190.00 | $1,007.59 |
| **Total Disbursements** | $0.00 | $31,112.45 | $22,404.45 | $4,222.04 |

4). This case was originally filed under chapter 7 on 09/22/2017. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>05/13/2019</u>          By:   <u>/s/ James E. Salven</u>
                                                                                                     Trustee

**721-17-13654 Kings River Door, Inc TDR Salven**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Funds held in attorney trust account | 1129-000 | $4,222.04 |
| **TOTAL GROSS RECEIPTS** | | $4,222.04 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| James E. Salven, Trustee | 2100-000 | NA | $1,055.51 | $1,055.51 | $1,055.51 |
| James E. Salven, Trustee | 2200-000 | NA | $422.98 | $422.98 | $422.98 |
| International Sureties, LTD | 2300-000 | NA | $3.87 | $3.87 | $3.87 |
| Independent Bank | 2600-000 | NA | $6.20 | $6.20 | $6.20 |
| Integrity Bank | 2600-000 | NA | $51.07 | $51.07 | $51.07 |
| James Salven, Accountant for Trustee | 3310-000 | NA | $1,350.00 | $1,350.00 | $1,350.00 |
| James Salven, Accountant for Trustee | 3320-000 | NA | $324.82 | $324.82 | $324.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,214.45 | $3,214.45 | $3,214.45 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Centex Homes, Centex Real Estate Company, LLC, and Pulte Home Company, LLC | 7200-000 | $0.00 | $8,708.00 | $0.00 | $0.00 |
| 2 | Centex Homes and Centex Real Estate Company, LLC | 7200-000 | $0.00 | $5,865.00 | $5,865.00 | $307.95 |
| 3 | Centex Homes and Centex Real Estate Company, LLC | 7200-000 | $0.00 | $13,325.00 | $13,325.00 | $699.64 |
| | Aaron & Erin Mcquay | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Alvaro Chavez | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bhajan & Amrik Sandhu | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Boualai & lnh lnboon | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bridgette Franco | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Carol Odonnell | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Channy & Jason Thompson | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Charles & Margari Marines | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cherelyn & David Willet | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Christina & Danny Macias | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Clinton & Sandra Glenn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | David Whorton | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | David Woodard | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Deborah & Jon Meador | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Edward & Natalie Hernandez | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Eric & Malikah Day | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Erika Paggett | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Erlinda Marquez | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Gerardo & Penelope Ortiz | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Gerardo Rodriguez | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Griselda Sanchez | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Houa Her | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Irving & Margaret Medina | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Isreal Martinez | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jaime & Elvira Galvan | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| James & Mercedes Page | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| James & Rhonda Galvan | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jimmy & Katherine Schiotis | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Joe & Patricia Anaya | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Joel & Kelly Bryant | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Johnny & Melissa Gonzales | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jorge & Stella Perez | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jose & Angie Gonzalez | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jose Garnica | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Juan Marquez | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kalia Lee | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kari Thwaites-Meister | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kyle Heimbuch | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lennar Fresno, Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lennar Sales Corp | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Leopoldo & Linda Martinez | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lorena Garcia | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Luke & Sherry Pankratz | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Maria Garcia | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Matthew Pierce | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| McMillin Colby Park, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| McMillin Homes Construction, Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| McMillin Oxford Commons, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Michael & Jamie Brandt | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Michael Tamayo | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Narinder & Davinder Dosanjh | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Neng Vang | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Patrick & Felicia Lynch | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Patrick & Rosemary Michels | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Paule Rou | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pedro & Lorena Torres | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Peter & Lorena Mandibles | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rawaljit Singh | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Raymond Knight | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Robert & Jodie Howard | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rogelio Alfaro | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ronald Straughter | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sarah and James Scharnick | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Scott Cardwell | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sean Dean | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Steven & Joyce Hirata | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Steven & Rebecca Bennett | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Steven Santiago | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sue & See Moua | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sukhjit & Jasvir Rai | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Truptiben Waghela | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Valeria Puentes | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wayne Moua | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $27,898.00 | $19,190.00 | $1,007.59 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1　　　Exhibit 8

| Case No.: | 17-13654-A-7 | Trustee Name: | James E. Salven |
| --- | --- | --- | --- |
| Case Name: | DOOR, INC., KINGS RIVER | Date Filed (f) or Converted (c): | 09/22/2017 (f) |
| For the Period Ending: | 5/13/2019 | §341(a) Meeting Date: | 10/26/2017 |
| | | Claims Bar Date: | 02/01/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Funds held in attorney trust account | $4,222.04 | $4,222.04 | | $4,222.04 | FA |
| 2 | Potential claim against Motorists Insurance Group aka American Hardware Mutual Insurance for bad faith failure to defend. Potential claim for bad faith failure to defend $0.00 | Unknown | $2,001.00 | | $0.00 | FA |
| Asset Notes: | not worth pursuit | | | | | |
| 3 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Investigate business history (u) | $0.00 | $2,001.00 | | $0.00 | FA |
| Asset Notes: | nothing to pursue | | | | | |

**TOTALS (Excluding unknown value)**　　　　　　　　　　　　　　　　　　　　　　　　**Gross Value of Remaining Assets**
　　　　　　　　　　　$4,222.04　　　　$8,224.04　　　　　　　　$4,222.04　　　　　　　　$0.00

**Major Activities affecting case closing:**

| 09/07/2018 | need tax returns then close |
| --- | --- |
| 10/31/2017 | demand made for monies in atty trust account |
| | investigate bad faith claim |

**Initial Projected Date Of Final Report (TFR):** 12/31/2020　　　**Current Projected Date Of Final Report (TFR):** 12/31/2020　　　/s/ JAMES E. SALVEN

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES E. SALVEN

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-13654-A-7 | | Trustee Name: | James E. Salven |
|---|---|---|---|---|
| Case Name: | DOOR, INC., KINGS RIVER | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3434 | | Checking Acct #: | ******3654 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/22/2017 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/13/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/17/2017 | (1) | DOERKSEN TAYLOR STOKES LLP, CLIENT | Funds turned over from Attorney | 1129-000 | $4,222.04 | | $4,222.04 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.22 | $4,219.82 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.27 | $4,213.55 |
| 01/15/2018 | 5001 | International Sureties, LTD | Bond Payment | 2300-000 | | $2.70 | $4,210.85 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.26 | $4,204.59 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $5.64 | $4,198.95 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.23 | $4,192.72 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.02 | $4,186.70 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.22 | $4,180.48 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.01 | $4,174.47 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.20 | $4,168.27 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $0.99 | $4,167.28 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($0.99) | $4,168.27 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $72.94 | $4,095.33 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($72.94) | $4,168.27 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $6.20 | $4,162.07 |
| 01/15/2019 | 5002 | International Sureties, LTD | Bond Payment | 2300-000 | | $1.17 | $4,160.90 |
| 04/05/2019 | 5003 | James E. Salven | Trustee Expenses | 2200-000 | | $422.98 | $3,737.92 |
| 04/05/2019 | 5004 | James E. Salven | Trustee Compensation | 2100-000 | | $1,055.51 | $2,682.41 |
| 04/05/2019 | 5005 | James Salven | Claim #: ; Distribution Dividend: 100.00; | 3320-000 | | $324.82 | $2,357.59 |
| 04/05/2019 | 5006 | James Salven | Claim #: ; Distribution Dividend: 100.00; | 3310-000 | | $1,350.00 | $1,007.59 |
| 04/05/2019 | 5007 | Centex Homes and Centex Real Estate Company, LLC | Claim #: 2; Distribution Dividend: 5.25; | 7200-000 | | $307.95 | $699.64 |
| 04/05/2019 | 5008 | Centex Homes and Centex Real Estate Company, LLC | Claim #: 3; Distribution Dividend: 5.25; | 7200-000 | | $699.64 | $0.00 |

| | | | | SUBTOTALS | $4,222.04 | $4,222.04 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 17-13654-A-7 | | **Trustee Name:** | James E. Salven |
| **Case Name:** | DOOR, INC., KINGS RIVER | | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***3434 | | **Checking Acct #:** | ******3654 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 9/22/2017 | | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 5/13/2019 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  | | |
|---|---|---|---|
| **TOTALS:** | $4,222.04 | $4,222.04 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $4,222.04 | $4,222.04 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $4,222.04 | $4,222.04 | |

| **For the period of 9/22/2017 to 5/13/2019** | | **For the entire history of the account between 11/16/2017 to 5/13/2019** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,222.04 | Total Compensable Receipts: | $4,222.04 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,222.04 | Total Comp/Non Comp Receipts: | $4,222.04 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,222.04 | Total Compensable Disbursements: | $4,222.04 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,222.04 | Total Comp/Non Comp Disbursements: | $4,222.04 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | | |
|---|---|---|---|---|
| Case No. | 17-13654-A-7 | | Trustee Name: | James E. Salven |
| Case Name: | DOOR, INC., KINGS RIVER | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3434 | | Checking Acct #: | ******3654 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/22/2017 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/13/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,222.04 | $4,222.04 | $0.00 |

**For the period of 9/22/2017 to 5/13/2019**

| | |
|---|---|
| Total Compensable Receipts: | $4,222.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,222.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,222.04 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,222.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/22/2017 to 5/13/2019**

| | |
|---|---|
| Total Compensable Receipts: | $4,222.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,222.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,222.04 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,222.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JAMES E. SALVEN

JAMES E. SALVEN